UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Howard Cohan, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 15-cv-4868 |
| ) | |
| ) | Hon. Judge Robert Gettleman |
| Blackhawk Lodging d/b/a ) | |
| Hampton Inn Chicago – Carol Stream, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE AND WITHOUT COSTS OR FEES TO EITHER PARTY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, HOWARD COHAN, and Defendant, Blackhawk Lodging d/b/a Hampton Inn Chicago – Carol Stream, stipulate, and the parties agree to dismiss this case, **with prejudice**, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, **with prejudice**, both parties to bear their own fees and costs and for the court to retain jurisdiction to enforce settlement.

On Behalf of Plaintiff,

/s/ Ivo Tchernev
Ivo Tchernev, Esq.
Law Offices of Jacobson and Tchernev, Ltd.
33 N. Dearborn St., Suite 1907
Chicago, IL 60602
(312) 669-4441 Office
(312) 781-6732 Fax
legal@lawjtchicago.com
Illinois Bar Number: 6304132